**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELTA SCIENTIFIC CORPORATION<br><br>Plaintiff(s),<br><br>v.<br><br>NEU SECURITY SERVICES, LLC, et al.<br><br>Defendant(s). | CASE NO:<br>2:14–cv–01738–FMO–AS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: May 27, 2015               /s/ *Fernando M. Olguin*
                                  Fernando M. Olguin
                                  United States District Judge